Brodie H. Smith, Bar No. 221877
LANZA & SMITH
A Professional Law Corporation
3 Park Plaza, Suite 1650
Irvine, California 92614-8540
Telephone (949) 221-0490
brodie@lanzasmith.com

Attorneys for Defendant H&R Block Enterprises, LLC, a Missouri limited liability company, dba H&R Block Tax Services; Does 1 Through 20 Inclusive

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TICAD RETAIL PROPERTIES HOLDINGS LLC, a DELAWARE limited liability company,<br><br>        Plaintiff,<br><br>    v.<br><br>H&R BLOCK ENTERPRISES, LLC, a Missouri limited liability company, dba H&R BLOCK TAX SERVICES; DOES 1 THROUGH 20, INCLUSIVE,<br><br>        Defendants. | Case No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT H&R BLOCK ENTERPRISES, LLC**<br><br>[FRCP 7.1] |

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, specially appearing Defendant H&R Block, Inc., by and through its counsel, hereby discloses the following:

    H&R Block, Inc. is a publicly traded company with no parent corporation. BlackRock, Inc., through its subsidiaries, is the beneficial owner of more than 10 percent

1
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

of the common stock of H&R Block, Inc.[1]

    By filing this disclosure, Defendant does not waive any objections to forum, venue, or jurisdiction, and it expressly reserves its right to object to forum, venue, or jurisdiction, and to file any corresponding motion. Defendant further reserves its right to assert all rights and defenses, including, but not limited to, those defenses articulated in Rule 12(b) of the Federal Rules of Civil Procedure.

LANZA & SMITH, PLC

Dated:  September 20, 2022

/s/ Brodie H. Smith
Brodie H. Smith
3 Park Plaza, Suite 1650
Irvine, CA  92614
Phone: (949) 221-0490
brodie@lanzasmith.com
*Attorneys for Defendants*

---

[1] Information as to BlackRock, Inc.'s ownership is furnished in reliance on the Schedule 13G/A of BlackRock, Inc. filed with the Securities and Exchange Commission on February 7, 2022.