1  Brodie H. Smith, Bar No. 221877
2  LANZA & SMITH
   A Professional Law Corporation
3  3 Park Plaza, Suite 1650
4  Irvine, California 92614-8540
   Telephone (949) 221-0490
5  brodie@lanzasmith.com
6
7  Attorneys for Defendant H&R Block Enterprises, LLC, a Missouri limited liability
   company, dba H&R Block Tax Services; Does 1 Through 20 Inclusive
8
9              UNITED STATES DISTRICT COURT
10         CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION
11

| TICAD RETAIL PROPERTIES HOLDINGS LLC, a DELAWARE limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>H&R BLOCK ENTERPRISES, LLC, a Missouri limited liability company, dba H&R BLOCK TAX SERVICES; DOES 1 THROUGH 20, INCLUSIVE,<br><br>Defendants. | Case No.<br><br>**DEFENDANT H&R BLOCK ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: August 17, 2022<br>Trial Date:     Not Yet Set |
|---|---|

Defendant H&R Block Enterprises, LLC ("H&R Block") for its Answer to Plaintiff's Complaint for Breach of Lease; Demand for Judicial Reference respectfully submits the following:

1. Upon information and belief, H&R Block admits the allegations in paragraph 1 of the Complaint.

1
ANSWER TO COMPLAINT

2. H&R Block lacks sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in Paragraph 2 of the Complaint, and therefore denies the same.

3. H&R Block denies the allegations in paragraph 3 of the Complaint.

4. H&R Block admits the allegations in paragraph 4 of the Complaint.

5. H&R Block admits the allegations in paragraph 5 of the Complaint.

6. H&R Block admits that it is a party to a lease for the Premises.  H&R Block denies any remaining allegations in paragraph 6 of the Complaint.

7. H&R Block denies the allegations in paragraph 7 of the Complaint.

8. H&R Block denies the allegations in paragraph 8 of the Complaint.

9. H&R Block denies the allegations in paragraph 9 of the Complaint.

10. H&R Block denies the allegations in paragraph 10 of the Complaint.

11. H&R Block admits that the lease has an attorney fee provision the terms of which speak for itself.  H&R Block denies the remaining allegations in paragraph 11 of the Complaint.

## **DEFENSES AND AFFIRMATIVE DEFENSES**

In addition to the denials set forth above, H&R Block asserts the following affirmative and other defenses.  In pleading these defenses, H&R Block does not admit that it bears the burden of proof, production, or persuasion on said defenses.  Accordingly, H&R Block states as follows:

1. Plaintiff's claims, if any, are precluded by the doctrines of waiver, estoppel, and laches.

2. Plaintiff's claims may be barred, in whole or in part, by the terms of one or more sections of any applicable contracts, agreements, and/or leases.

3. Plaintiff's claims may be barred, in whole or in part, by the doctrines of accord, satisfaction and/or payment.

4. Plaintiff's claims may be barred, in whole or in part, by the applicable statute of limitations set forth in the lease.

5. H&R Block expressly reserves the right to amend and/or add additional defenses and affirmative defenses as discovery progresses herein.

**WHEREFORE**, Defendant H&R Block Enterprises, LLC, denies any and all liability to Plaintiff and demands that Plaintiff's Complaint be dismissed with prejudice, together with interest, costs and attorneys' fees and such other and further relief as the Court may deem proper.

LANZA & SMITH, PLC

Dated: September 20, 2022

/s/ Brodie H. Smith
Brodie H. Smith
3 Park Plaza, Suite 1650
Irvine, CA  92614
Phone: (949) 221-0490
brodie@lanzasmith.com
*Attorneys for Defendants*